Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

US _____ District of United _____

FILED 19 AUG '24 13:21 USDC-ORP

Portland Division

Anthony Young

_Plaintiff(s)_

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Bianca Pacheco - MayBerry

_Defendant(s)_

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  3:24-CV-1360-AR

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | Anthony Young |
| Street Address | Po Box 1108 ACP |
| City and County | Salem |
| State and Zip Code | OR 97308 |
| Telephone Number | 503 706 7069 |
| E-mail Address | F25095@icloud.com |

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title _(if known)._  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name: Bianca Pacheco-MayBerry

Job or Title (if known): lawyer

Street Address: 294 Warner Milne Rd

City and County: Oregon city  Clackamas

State and Zip Code: Oregon 97045

Telephone Number: 503 303 5426

E-mail Address (if known): Bianca@claekomaslawyer.com

**Defendant No. 2**

Name: Kathleen Baker and Associates

Job or Title (if known): 294 Warner milne Rd

Street Address: Oregon city  Clackamas

City and County: Oregon city  Clackamas

State and Zip Code: Oregon 97045

Telephone Number: 503 303 5426

E-mail Address (if known):

**Defendant No. 3**

Name:

Job or Title (if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address (if known):

**Defendant No. 4**

Name:

Job or Title (if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Ms May Berry Did not give my self or Clackamas County notice of Representation

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.    If the plaintiff is a corporation
   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
   The defendant, *(name)* Bianca Pachesa MayBerry , is a citizen of the State of *(name)* oregon . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation   additional Page

The defendant, *(name)* ~~Kathleen Boke~~ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

IT is a civil right Due to law Being Borken

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

I had court 8/16/2024 ms mayBerry appeard in court For madison lonyon For status quo I never cecived notice of Representation

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  Pain Suffering, civil right volitaion I am asking 1 million plus all court cost and any fee with this case

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8/1/2024

Signature of Plaintiff    Anthony Yang

Printed Name of Plaintiff    Anthony Yang

### B.    For Attorneys

Date of signing:    8/19/2024

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF CLACKAMAS

Madison Lanyon
_____
                                    Petitioner

and

Anthony Young
_____
                                    Respondent

Case No: 24DR12093

**ORDER AFTER HEARING**

**Hearing Date: 08/16/2024**

**Hearing Type:**
☒ Objection to Pre-judgment Status Quo Order        ☐ Objection to Immediate Danger Order
☐ Request for Hearing (other matter)

**Parties appearing:**
☒ Petitioner  ☒ Petitioner's lawyer: Bianca Pacheco-Mayberry
☒ Respondent  ☐ Respondent's lawyer:

Appearing remotely: ☐ Petitioner ☐ Respondent

**FINDINGS:**
☒ Child's "usual place of residence" cannot be determined under unique factual circumstances of this case. Thus, applying a best interests standard under ORS 107.097(3)(a), the Court rules as follows, for the reasons stated on the record.

**It is therefore hereby ORDERED:**

☐ The previous order is upheld and remains in effect.

☐ The previous order is vacated and no longer in effect.

☒ The previous order is upheld, but modified as follows:

① The child's usual place of residence will be defined as 626 Oriental Ct., Malalla, OR, 97038, going forward.

② The child's daily schedule will be attending daycare during the day, and with Mother all other times, except Father will have parenting time 3 weekends per month on mutually agreeable weekends from Friday 6pm to Sunday 6pm, starting August 23, 2024.

③ Father will return child to Mother at 12:00pm on Aug. 17, 2024, in front of the Clackamas County Courthouse.

_____
8/16/2024
Cody M. Weston

**ORDER AFTER HEARING**

(May 2022) Ex 1

9:01    .ıll 5G 🔋

## ComplaintForm.pdf ⌄        **Done**

**PLEASE NOTE:** Our process is NOT confidential. Keep this in mind as you decide what personal information to send. All materials received are considered public record. A copy of this inquiry will be provided to the attorney you expressed concerns about.

- Additional information regarding the Client Assistance Office can be found at **www.osbar.org/cao**. Valuable time can be saved if you understand the complaint process. If you have questions about our process, please call (503) 431-6480 or (800) 452-8260 and ask to speak to the Client Assistance Office.

- You may submit this form to our office by email (CAO@osbar.org) or by regular mail (Oregon State Bar, Client Assistance Office, PO Box 231935, Tigard, OR 97281-1935).

- If you provide an email address, we will use that address unless the documents the CAO are transmitting are too large to send electronically, in which case you will receive them at the mailing address you provided on the complaint form.

- This complaint may be submitted in any language.

- **Please keep a copy of what you send to us.** Public record requests are subject to charges.

### COMPLAINANT

Today's Date: 8/18/2024

Name: Mr.* **Y**   Ms.** ☐   Mx.*** ☐

Email Address: F25095@icloud.com

Address: Po box 1108 acp

City/State/Zip: Salem oregon 97308

Primary Telephone: (503) 706 7069     Secondary Telephone: (   )

*(he/him/his)  **(she/her/hers)  ***(they/them/theirs)

### ATTORNEY

Name: Mr.* ☐  Ms.** **Y**  Mx.*** ☐   Bianca pacheco-mayberry

Address: 294 warner milne road

City/State/Zip: Oregon city oregon 97045

Primary Telephone: (503) 303-5426     Secondary Telephone: (   )

### WHAT IS YOUR COMPLAINT?

**Use the following page to outline your complaint, attaching additional pages if needed.** Please be as specific yet concise as possible and remember to specify **what** your complaint is, **when** it happened, **where** the incident occurred, **why** you went to the attorney, and any other factors you can think of that are relevant to your complaint.

I had court in clackamas County circuit court on. 8/16/2024 for a status quo order for my son Jameson young. Case number 24DR12093. Madison Lennon, Anthony Young for motion for status quo. Madison Lanyon attorney Bianca Mayberry Did not give me Anthony young notification before. this hearing of representation of Madison lanyon.

Also this attorney Ms Mayberry only had one exhibit at this hearing call me. toxic when she did not understand obviously all the facts for this hearing and stated my ex spouse left because I was toxic. When my ex partner has mental health issues and addiction issue that I am now trying to address with the court To advocate for my son safety. Because Madison Landon has removed our child out of our house twice because she thinks she's the primary parent when we've never been to court and recently separated July 7 I also submitted evidence that she has stated I love you the day before and everything was fine before July 7 I have also submitted a lot of domestic relation issues for Madison and her family as well. I am also disabled and Madison and her family had ripped the RV. Me and Madison were paying on from underneath me and had to get alone to buy another one. I am also waiting for Social Security benefits. I also have proof of $5000 and back rent let Madison financially but she never help pay utilities and also has made has made disability discrimination complaints towards me as well.

So also want to state It was clear that the judge knew what the attorney was pulling, but like the [illegible] he had to follow the rules. As I explained, I will be following an appeal. I also hope Clackamas County will hold the attorney accountable and the Oregon State bar a [illegible] are aware of corrupt attorneys.

Bianca Pacheco- Mayberry sob.no. 194311

  

EX 2 pg1

**3:33**    **.ıll 5G**

**WHAT IS YOUR COMPLAINT?**

☐ **2 of 2**    ge to outline your complaint, attaching additional pages if needed. Please be as possible and remember to specify **what** your complaint is, **when** it happened, **where** to your complaint. , **why** you went to the attorney, and any other factors you can think of that are relevant

I had court in clackamas County circuit court on. 8/16/2024 for a status quo order for my son Jameson young. Case number 24DR12093. Madison Lennon, Anthony Young for motion for status quo. Madison Lanyon attorney Bianca Mayberry Did not give me Anthony young notification before this hearing of representation of Madison lanyon.

Also this attorney Ms Mayberry only had one exhibit at this hearing call me, toxic when she did not understand obviously all the facts for this hearing and stated my ex spouse left because I was toxic.
When my ex partner has mental health issues and addiction issue that I am now trying to address with the court To advocate for my son safety. Because Madison Landon has removed our child out of our house twice because she thinks she's the primary parent when we've never been to court and recently separated July 7 I also submitted evidence that she has stated I love you the day before and everything was fine before July 7
I have also submitted a lot of domestic relation issues for Madison and her family as well.
I am also disabled and Madison and her family had ripped the RV. Me and Madison were paying on from underneath me and had to get alone to buy another one. I am also waiting for Social Security benefits.
I also have proof of $5000 and back rent let Madison financially but she never help pay utilities and also has made has made disability discrimination complaints towards me as well.

So also want to state it was clear that the judge knew what the attorney was pulling, but like the judge stated he had to follow the rules. As I explained, I will be following an appeal.
I also hope Clackamas County will hold the attorney accountable and the Oregon State bar and public body are aware of corrupt attorneys.

Ex 2 Pg 2